JOSEPH PETRAS v. PUBLIC SERVICE TRANSPORTATION COMPANY.

Decided February 10, 1927.

**Negligence—Injury to Plaintiff While Crossing Street Caused by Defendant's Bus—Plaintiff was Reading Newspaper as He Crossed Street—Held, Contributory Negligence.**

On rule to show cause, Essex Circuit.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the rule, *Joseph Coult* and *Henry H. Fryling.*

*Contra, Lum, Tamblyn & Colyer.*

PER CURIAM.

The plaintiff, while in the act of crossing Roseville avenue, in the city of Newark, about seven o'clock in the morning

of May 1st, 1925, was struck by defendant's automobile. He had proceeded some twelve feet and was near the middle of the street at the time when he was struck. He saw the bus, he says, when it was about one hundred and fifty to two hundred feet away, but, apparently, paid no more attention to it. Instead of observing the highway, and its incidental dangers and hazards, he was reading a newspaper as he walked, and so proceeding walked in front of the bus without observing its proximity or taking heed of the traffic conditions which under such conditions endangered his life.

Under those circumstances he is clearly guilty of contributory negligence, which bars recovery, regardless of the inquiry whether the driver of the automobile himself was negligent in not observing the plaintiff. *Brady* v. *Consolidated Traction Co.*, 63 *N. J. L.* 25; *Newark Passenger Railway Co.* v. *Block*, 55 *Id.* 605.

The rule will be made absolute.